1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12   DAREN HEATHERLY; and IRMA
RAMIREZ,

13                    Plaintiffs,

14          v.

15   7500 COMMERCE, LLC, a California
Limited Liability Company,

16

17                    Defendant.

18

Case No. 13-cv-01032 NC

**ORDER OF CONDITIONAL
DISMISSAL**

Re: Dkt. No. 12

19          The Court having been notified of the settlement of this action, and it appearing that

20   no issue remains for the Court's determination,

21          IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

22   DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

23   move to reopen the case, provided that such motion is filed within 30 days of this order.  All

24   scheduled dates are VACATED.

25          IT IS SO ORDERED.

26      Date:  June 12, 2014                          _____

27                                                   Nathanael M. Cousins
                                                     United States Magistrate Judge

28